AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

June 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **VP**

DEPUTY

United States of America

v.

ALBERT RENE SAUCEDO

)
)
)
)
)
)
)

Case No.  SA-25-MJ-937

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 9, 2025   in the county of   BEXAR   in the WESTERN   District of   TEXAS   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon In Possession of a Firearm |
| | PENALTIES:  Up to 15 Years Imprisonment, $250,000 Fine, 3 Years Supervised release, $100 Mandatory Assessment |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

Matthew Eller
Digitally signed by Matthew Eller
Date: 2025.06.17 16:34:48 -05'00'

*Complainant's signature*

MATTHEW ELLER, SA ATF

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:   June 18, 2025

*Judge's signature*

City and state:   San Antonio, Texas

RICHARD B. FARRER, U.S. MAGISTRATE JUDGE

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Matthew Eller, being duly sworn do hereby depose and state:

1. I am currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since May 2023. Since May 2023, I have participated in investigations concerning violations of Title 18. In March of 2025 ATF Special Agents began investigating numerous individuals for firearms trafficking. Specifically, I identified **Albert Rene SAUCEDO** as a suspected dealer of firearms in the San Antonio, Texas area.

2. In 2022, SAUCEDO was previously convicted of the felony offenses of Robbery and Unlawful Use of a Motor Vehicle in Bexar County, Texas, and was sentenced to prison time.

3. Between May 9, 2025 and June 13, 2025, SAUCEDO personally sold or brokered the sale of twenty-one firearms to an undercover ATF Special Agent. SAUCEDO used social media to advertise firearms he had for sale. Once SAUCEDO and the ATF undercover agreed on price, they would meet up and the ATF undercover would give SAUCEDO cash in return for the firearm.

4. As an example of one of the many sales made by SAUCEDO, on May 12, 2025, SAUCEDO offered an ATF undercover agent an AR-style pistol for sale for $800. SAUCEDO and the ATF undercover met up in San Antonio, Texas, in the Western District of Texas, at which time SAUCEDO handed the ATF undercover a Diamond, DB-15, .556 caliber, pistol, serial number DB1562956, in return for $800 cash. This firearm was not manufactured in the State of Texas, therefore traveled through interstate commerce.

5. Additionally, multiple firearms that SAUCEDO sold or brokered the sale of were stolen.

Based on the above facts, your affiant believes there is probable cause that on May 12, 2025 **Albert Rene Saucedo** knowingly committed the offense of **Felon in Possession of a Firearm**, in violation 18 U.S.C. § 922(g)(1).

Matthew Eller

Digitally signed by Matthew Eller
Date: 2025.06.17 16:35:10
-05'00'

_____
Special Agent Matthew Eller
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

SUBSCRIBED AND SWORN TO ME THIS 18th  DAY OF June 2025.

_____
HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE